SEALED

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
WASHINGTON, D.C.

UNITED STATE OF AMERICA,             CASE NO.: CR07-057-RWR

    Plaintiff,

v.

DANIEL CURRAN,

    Defendant.
_____/

**MOTION TO APPEAR PRO HAC VICE**

COMES NOW HOWARD KATZOFF and respectfully requests this Honorable Court grant this motion to allow Stephen J. Golembe to appear *Pro Hac Vice* in accordance with LCrR 44.1(d) and admit him to appear as counsel of record for DANIEL CURRAN and would allege as follows:

1. Stephen J. Golembe has been a member of the Florida Bar since l971 and has always been in good standing. Counsel's business address is 2601 South Bayshore Drive, Suite 1400, Coconut Grove, Florida 33133, and his telephone number is (305) 858-0404.

2. Stephen J. Golembe is a member of the United States District Court, Southern District of Florida Trial Bar, the United States District Court Middle District of Florida and The United States District Court for the Northern District of Florida as well as the 11th Circuit Court of Appeal.

3. Stephen J. Golembe has never been disciplined by the Florida Bar and attached is his certifications of good standing.

4. Stephen has not been admitted pro hac vice to this court in the past two (2) years and does not engage in the pracice of law in an office located within the District of Columbia and is not a member of the District of Columbia Bar.

5. Stephen J. Golembe will forthwith obtain a copy of the local rules and comply with any and all other requirements of this Court in order to represent the Defendant, DANIEL CURRAN, and be permitted to appear before this Honorable Court.

WHEREFORE, the counsel prays that this Honorable Court grant this motion to appear *Pro Hac Vice* in accordance with LCrR 44.1(d) and admit him to appear as counsel of record for DANIEL CURRAN.

Respectfully submitted,

| | |
|---|---|
| HOWARD KATZOFF, ESQUIRE | STEPHEN J. GOLEMBE, ESQUIRE |
| 717 D Street N.W. | SBS Tower - Suite 1400 |
| Suite 310 | 2601 South Bayshore Drive |
| Washington, D.C. 20004 | Coconut Grove, Florida 33133 |
| (202) 783-6414 office | (305) 858-0404 office |
|              facsimile | (305) 858-3100 facsimile |
| /s/   HBK | */s/ Stephen J. Golembe* |
| HOWARD KATZOFF, ESQUIRE | STEPHEN J. GOLEMBE, ESQUIRE |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded on this 4th day of June, 2007 to Assistant United States Attorney Hank W Walther.

| | |
|---|---|
|    /s/   HBK | */s/ Stephen J. Golembe* |
| HOWARD KATZOFF, ESQUIRE | STEPHEN J. GOLEMBE, ESQUIRE |

SEALED

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
WASHINGTON, D.C.

UNITED STATE OF AMERICA,         CASE NO.: CR07-057-RWR

    Plaintiff,

v.

DANIEL CURRAN,

    Defendant.
_____/

ORDER FOR ADMISSION PRO HAC VICE

Counsel's Motion to Appear Pro Hac Vice to represent Daniel Curran in the above styled matter has been reviewed by this court and with no cause shown why counsel should not be admitted it is ORDERED AND ADJUDGED that Stephen J. Golembe is hereby admitted Pro Hac Vice to represent Daniel Curran..

This _____ day of June, 2007.

                                                              _____
                                                              Richard W. Roberts,
                                                              U.S. District Court Judge

cc:    AUSA Hank B. Walther
       Howard Katzoff, Local Counsel
       Stephen J. Golembe, Esquire

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA
} Florida Bar # **137225**

I, **CLARENCE MADDOX**,   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *Stephen J. Golembe*   was duly admitted to practice in said Court on **08/31/1973**, and on **03/26/1986** - Trial Bar, and is in good standing as a member of the bar of this Court.

Dated at:  **Miami, Florida**, this May 25, 2007.

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By _____
Deputy Clerk

.sk.5/2002



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida      )

County of Leon       )

In Re: 137225
Stephen Jay Golembe
2601 S. Bayshore Dr., Ste. 1400
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 19, 1971.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 24th day of May, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/csth8/R10