SEALED

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATE OF AMERICA, | CASE NO.: CR07-057-RWR |
| Plaintiff, | |
| v. | |
| DANIEL CURRAN, | |
| Defendant. _____/ | |

**SPONSOR'S AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

COMES NOW HOWARD KATZOFF and respectfully states as follows:

I was admitted to practice before the United States District Court for the District of Columbia on or about September 7, 1982. My bar number is 348292, and I am a member in good standing of the Bar of the United States District Court for the District of Columbia, as well as the United States Court of Appeals for the District of Columbia Circuit.

I was recently introduced to Stephen J. Golembe, an attorney from Coconut Grove, Florida, who asked me to sponsor his motion to appear *Pro Hac Vice* in the above-captioned case.

Since I do not personally know Mr. Golembe, I reviewed his website and his certificates of good standing for the Florida Bar and the United States District Court for the Southern District of Florida. I also contacted Roderick Vereen, Esquire, a colleague who has tried cases in this Court, and in the United States District Court for the Southern District of Florida. Mr. Vereen advises me that he knows Mr. Golembe quite well, and represents that Mr. Golembe has been practicing

- 2 -

criminal law in the federal courts and local courts in that area for many years. He also indicated that Mr. Golembe is well regarded in the legal community there, and that he knows of no reason to question Mr. Golembe's moral character.

In addition, I spoke with government counsel in this case, who represents that he has had extensive dealings with Mr. Golembe over the past several months. He indicated that Mr. Golembe appears to be very familiar with the federal statutes, the Federal Rules of Criminal Procedure, and the Federal Sentencing Guidelines. Government counsel appears to have no questions regarding Mr. Golembe's ability to adequately represent the defendant's interests in this case.

Finally, I have spoken to Mr. Golembe on several occasions, and I am satisfied from those conversations that Stephen Golembe has the necessary character and qualifications to appear *Pro Hac Vice* before this Court in order to represent the defendant.

Wherefore, I respectfully move this Court to admit him to appear as counsel of record for DANIEL CURRAN.

                                         Respectfully submitted,

                                         HOWARD KATZOFF, ESQUIRE
                                         717 D Street N.W.
                                         Suite 310
                                         Washington, D.C. 20004
                                         (202) 783-6414 office
                                         (202) 628-2881  facsimile

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded on this 4th day of June, 2007 to Assistant United States Attorney Hank W Walther.

_____
HOWARD KATZOFF, ESQUIRE