**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          CASE NO.: CR07-057-RWR

    Plaintiff,

vs.

DANIEL CURRAN,

    Defendant.
_____/

### NOTICE OF PERMANENT APPEARANCE

**THE CLERK** of the above-styled Court will kindly enter the **APPEARANCE** as local counsel for and on behalf of the Defendant, DANIEL CURRAN, in the within cause.

HOWARD KATZOFF, ESQUIRE
717 D Street N.W.
Suite 310
Washington, D.C. 20004
(202) 783-6414 office
(202) 628-2881 facsimile

_/s/ Howard Katzoff_
HOWARD KATZOFF, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded on this 4th day of June, 2007 to Hank Bond Walther, Trial Attorney 1400 New York Avenue, N.W., Washington, D.C. 20530.

/s/ Stephen J. Golembe
STEPHEN J. GOLEMBE, ESQUIRE