

AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____ Sealed

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07-057 RWR

I, DANIEL CURRAN , the above named defendant, who is accused of

**FILED**

**JUN 8 - 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 8, 2007 prosecution by indictment and consent that the
                               *Date*
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         *Judicial Officer*