**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: CR07-057-RWR |
| Plaintiff, | |
| vs. | FILED |
| DANIEL CURRAN, | JUN - 4 2007 |
| Defendant. _____/ | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## NOTICE OF PERMANENT APPEARANCE

**THE CLERK** of the above-styled Court will kindly enter the **APPEARANCE** as counsel for and on behalf of the Defendant, DANIEL CURRAN, in the within cause.

Respectfully submitted,

STEPHEN J. GOLEMBE, ESQURE
SBS Tower - Suite 1400
2601 South Bayshore Drive
Coconut Grove, Florida 33133
(305) 858-0404 office
(305) 858-3100 facsimile

*/s/ Stephen J. Golembe*
STEPHEN J. GOLEMBE, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded on this 4th day of June, 2007 to Hank Bond Walther, Trial Attorney 1400 New York Avenue, N.W., Washington, D.C. 20530.

HOWARD KATZOFF, ESQUIRE