U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA       :

        v.                              :

    DANIEL CURRAN,                 :   Case No.  07-0057 (RWR)

        Defendant.              :

**FILED JUN 2 0 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __8th__ day of __JUNE, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __or before 09/06/07__ by __Special Agent Patrick Westerhaus__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Patrick Westerhaus__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

                                                               _____
                                                                Judge ~~(U.S. Magistrate)~~ RICHARD W. ROBERTS

DOJ USA-16-1-80

DEFENSE COUNSEL