U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

JUL 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA       :

v.                            :

                              :

DANIEL CURRAN,                :        Case No.    07–0057 (RWR)

                              :

Defendant.                    :

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this __13 th__ day of ___JULY, 2007_____ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on **a date convenient to both parties** by **Special Agent Patrick Westerhaus** to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to **Federal Bureau of Investigation** _____for "routine processing," and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of **Special Agent Patrick Westerhaus** for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~XXXXXXXXXXXX~~  RICHARD W. ROBERTS

DEFENSE COUNSEL

DOJ USA-16-1-80