UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 07-0057 (RWR) |
| | : | |
| | : | UNDER SEAL |
| **DANIEL CURRAN,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

On June 8, 2007, the Court held a plea hearing in which defendant Daniel Curran pled guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, the parties requested that a sentencing date be postponed due to defendant Curran's potential to assist the government in an ongoing investigation. The Court granted that request and ordered that Curran's sentencing date be postponed for three months and that the parties submit a joint status report by September 6, 2007, informing the Court about the status of the ongoing investigation.

The government's investigation into a scheme to defraud the Export-Import Bank of the United States is still ongoing and the parties believe that the general public is not aware that the defendant has agreed to cooperate with the United States in its ongoing investigation. The parties anticipate that Curran will be able to continue to provide additional assistance to the government's ongoing investigation over the next several weeks. Accordingly, the parties request that the Court grant an additional three month postponement of defendant Curran's sentencing and enter an order directing the parties to submit a Joint Status Report on or before December 6, 2007.

Counsel for the government has discussed this Joint Status Report with counsel for defendant Curran, Stephen Golembe, and he consents to its filing.

                                         Respectfully submitted,

                                         JEFFREY A. TAYLOR
                                         UNITED STATES ATTORNEY
                                         IN AND FOR THE DISTRICT OF COLUMBIA

BY:                  _____/s/_____
                                         Michael K. Atkinson
                                         Assistant United States Attorney
                                         D.C. Bar #430517
                                         United States Attorney's Office
                                         555 4th Street, NW
                                         Washington, D.C. 20530
                                         (202) 616-3702


                                         _____/s/_____
                                         Hank Bond Walther
                                         D.C. Bar # 477218
                                         Trial Attorney
                                         Fraud Section, Criminal Division
                                         United States Department of Justice
                                         1400 New York Avenue, NW
                                         Washington, D.C. 20005
                                         (202) 257-6176

Date:  September 5, 2007

## CERTIFICATE OF SERVICE

  This is to certify that this 5th day of September 2007, I served by first-class mail a copy of the Joint Status Report and proposed Order on the following counsel of record:

  Stephen Golembe, Esq.
  2601 South Bayshore Drive
  Suite 1400
  Coconut Grove, FL 33133

              _____/s/_____
              Michael K. Atkinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 07-0057 (RWR) |
| | : | |
| | : | UNDER SEAL |
| **DANIEL CURRAN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**WHEREAS**, on June 8, 2007, the defendant Daniel Curran pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, the Court, at the parties' request, ordered that the defendant's sentencing date be postponed for three months and that the parties submit a joint status report by September 6, 2007; and

**WHEREAS**, on September 5, 2007, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's ongoing, non-public investigation.

Based on the above and the entire record in this matter, it is this _____ day of September 2007 hereby

**ORDERED** that the parties shall file a Joint Status Report on or before December 6, 2007, informing the Court about the status of the ongoing investigation.

_____
Richard W. Roberts
United States District Court Judge

cc: Michael K. Atkinson
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Hank B. Walther
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005

Stephen Golembe, Esq.
2601 South Bayshore Drive
Suite 1400
Coconut Grove, FL 33133