**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
SEP 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-0057 (RWR) |
| | : | |
| | : | UNDER SEAL |
| DANIEL CURRAN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**WHEREAS**, on June 8, 2007, the defendant Daniel Curran pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, the Court, at the parties' request, ordered that the defendant's sentencing date be postponed for three months and that the parties submit a joint status report by September 6, 2007; and

**WHEREAS**, on September 5, 2007, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's ongoing, non-public investigation.

Based on the above and the entire record in this matter, it is this 7th day of September 2007 hereby

**ORDERED** that the parties shall file a Joint Status Report on or before December 6, 2007, informing the Court about the status of the ongoing investigation.

_____
Richard W. Roberts
United States District Court Judge