UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 07-0057 (RWR) |
| | : | |
| v. | : | |
| | : | UNDER SEAL |
| | : | |
| DANIEL CURRAN, | : | |
| | : | |
| Defendant. | : | |

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
GOVERNMENT'S MOTION TO UNSEAL

The government submits the following in support of its *Ex Parte* Motion to Unseal, which was filed on September 26, 2007: On October 5, 2007, Stephen Golembe, Esq., counsel to defendant Daniel Curran, informed the government that he has no objection to the immediate unsealing of pleadings, transcripts, and other related matters in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

By:     _____/s/_____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-3702

                        STEVEN A. TYRRELL
                        Chief, Fraud Section
                        Criminal Division
                        United States Department of Justice

By:     _____/s/_____
                        HANK BOND WALTHER
                        Trial Attorney
                        D.C. Bar No. 477218
                        Fraud Section, Criminal Division
                        United States Department of Justice
                        1400 New York Avenue, NW
                        Washington, D.C. 20005
DATED: October 5, 2007    (202) 307-2538

## CERTIFICATE OF SERVICE

      This is to certify that this 5th day of October 2007, I served by facsimile and first-class mail a copy of the Government's Supplemental Memorandum in Support of its Motion to Unseal, along with the proposed Order, on the following counsel of record:

Stephen J. Golembe, Esquire
2601 South Bayshore Drive
Suite 1400
Coconut Grove, FL 33133

Counsel for Daniel Curran

                                                                                        _____/s/_____
                                                                                        Michael K. Atkinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 07-0057 (RWR) |
| | : | |
| v. | : | |
| | : | UNDER SEAL |
| | : | |
| DANIEL CURRAN, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon motion of the United States of America, good cause having been shown, together with the defendant's consent, it is hereby

ORDERED that the government's Motion to Unseal is GRANTED.

It is further

ORDERED that the Information and all related matters in this case shall be unsealed as of 9 a.m. on Friday, October 5, 2007.

Entered in Washington, D.C., this _____ day of_____, 2007.

_____
RICHARD W. ROBERTS
United States District Judge

cc: Michael K. Atkinson
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5915
Washington, D.C. 20530

Hank Bond Walther
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W., 3rd Floor
Washington, D.C. 20005

Stephen J. Golembe, Esquire
2601 South Bayshore Drive
Suite 1400
Coconut Grove, FL 33133