FILED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 07-0057 (RWR) |
| v. | : | |
| | : | UNDER SEAL |
| DANIEL CURRAN, | : | UNSEALED |
| Defendant. | : | |

## GOVERNMENT'S *EX PARTE* MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the United States Department of Justice, Criminal Division, Fraud Section, hereby submit this Motion to Unseal the Information as well as all related pleadings, records and files in this case. In support of its motion, the Government states as follows:

1. On June 8, 2007, the defendant entered a plea of guilty to a two-count Information charging a conspiracy to defraud the United States and mail fraud. On September 10, 2007, upon the Government's motion, the Court entered an Order sealing the Information and related pleadings. The sealing was necessary because, among other reasons, the defendant had agreed to cooperate with the United States in an ongoing investigation. The Order obligated the Government to notify the Court as soon as the need for sealing no longer existed.

2. On Thursday, October 4, 2007, the Government intends to file charges against two individuals in a related matter. The Government intends to file any such charges on the public record.

3. In addition, there is a sentencing hearing in a related matter, *United States v. Robert Delgado*, Case No. 06-313 (RWR), currently scheduled before this Court at 9 a.m., on

Ex Parte

Friday, October 5, 2007. The Government has filed concurrently with this Court a Motion to Unseal the Information and all related pleading, records and files in Case No. 06-313.

4.  Given the anticipated public filing of related charges on October 4, 2007, and the sentencing in a related matter on October 5, 2007, the Government respectfully submits that there will be no need to keep the instant matter under seal after October 4, 2007.

WHEREFORE, the Government respectfully requests that this Court enter an Order unsealing the instant matter as of 9 a.m. on Friday, October 5, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

By: _____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-3702

STEVEN A. TYRRELL
Chief, Fraud Section
Criminal Division
United States Department of Justice

By: _____ for
HANK BOND WALTHER
Trial Attorney
D.C. Bar No. 477218
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 257-6176

DATED: September 26, 2007