UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL NO. 07-0057 (RWR) |
| | : |
| v. | : |
| | : UNDER SEAL   **FILED** |
| | : |
| DANIEL CURRAN, | : UNSEALED   OCT - 5 2007 |
| | : |
| Defendant. | : NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
GOVERNMENT'S MOTION TO UNSEAL

The government submits the following in support of its *Ex Parte* Motion to Unseal, which was filed on September 26, 2007: On October 5, 2007, Stephen Golembe, Esq., counsel to defendant Daniel Curran, informed the government that he has no objection to the immediate unsealing of pleadings, transcripts, and other related matters in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

By: _____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-3702

|  |  |
|---|---|
|  | STEVEN A. TYRRELL<br>Chief, Fraud Section<br>Criminal Division<br>United States Department of Justice |
| By: | *[signature]* for<br>HANK BOND WALTHER<br>Trial Attorney<br>D.C. Bar No. 477218<br>Fraud Section, Criminal Division<br>United States Department of Justice<br>1400 New York Avenue, NW<br>Washington, D.C. 20005 |
| DATED: October 5, 2007 | (202) 307-2538 |

## CERTIFICATE OF SERVICE

This is to certify that this 5th day of October 2007, I served by facsimile and first-class mail a copy of the Government's Supplemental Memorandum in Support of its Motion to Unseal, along with the proposed Order, on the following counsel of record:

Stephen J. Golembe, Esquire
2601 South Bayshore Drive
Suite 1400
Coconut Grove, FL 33133

Counsel for Daniel Curran


_____
Michael K. Atkinson