UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07-0057 (RWR) |
| | : |
| DANIEL CURRAN, | : |
| | : |
| Defendant. | : |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, Hank Bond Walther, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, hereby files this Notice of Attorney Appearance, designating Hank Bond Walther as an attorney for the United States in this matter.

Dated: November 5, 2007

    /S/   Hank Bond Walther
HANK BOND WALTHER
D.C. Bar # 477218
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 307-2538