UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 07-0057 (RWR) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DANIEL CURRAN, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

On June 8, 2007, the Court held a plea hearing in which defendant Daniel Curran pled guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by September 6, 2007. On September 5, 2007, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation. The Court granted that request and instructed the parties to file a status report by December 6, 2007.

The government now requests that the Court set a sentencing date for defendant Curran in March 2008. The government proposes the following dates: March 13, March 14, March 20, and March 21.

Counsel for the government has conferred with counsel for defendant Curran, and he concurs with setting a sentencing date on one of the four dates proposed above.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                UNITED STATES ATTORNEY
                                IN AND FOR THE DISTRICT OF COLUMBIA

BY:                /s/ Michael K. Atkinson
                                Michael K. Atkinson
                                Assistant United States Attorney
                                D.C. Bar #430517
                                United States Attorney's Office
                                555 4th Street, NW
                                Washington, D.C. 20530
                                (202) 616-3702

                                /s/ Hank Bond Walther
                                Hank Bond Walther
                                D.C. Bar # 477218
                                Trial Attorney
                                Fraud Section, Criminal Division
                                United States Department of Justice
                                1400 New York Avenue, NW
                                Washington, D.C. 20005
                                (202) 257-6176

Date:   December 6, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL NO. 07-0057 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DANIEL CURRAN,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**WHEREAS**, on June 8, 2007, the Court held a plea hearing in which defendant Daniel Curran pled guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by September 6, 2007;

**WHEREAS**, on September 5, 2007, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation;

**WHEREAS**, the Court granted that request and instructed the parties to file a status report by December 6, 2007;

**WHEREAS**, on December 6, 2007, the government submitted a Status Report, requesting that the Court set a sentencing date for defendant Curran in March 2008;

Based on the above and the entire record in this matter, it is this ____ day of December 2007 hereby

**ORDERED** that defendant Curran will be sentenced on the _____ day of March 2008 at _____ a.m./p.m.

_____
Richard W. Roberts
United States District Court Judge