**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL NO. 07-0057 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| | : | **FILED** |
| **DANIEL CURRAN,** | : | |
| | : | JAN - 7 2008 |
| Defendant. | : | Clerk, U.S. District and Bankruptcy Courts |

## ORDER

**WHEREAS**, on June 8, 2007, the Court held a plea hearing in which defendant Daniel Curran pled guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by September 6, 2007;

**WHEREAS**, on September 5, 2007, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation;

**WHEREAS**, the Court granted that request and instructed the parties to file a status report by December 6, 2007;

**WHEREAS**, on December 6, 2007, the government submitted a Status Report, requesting that the Court set a sentencing date for defendant Curran in March 2008;

Based on the above and the entire record in this matter, it is this 3rd day of ~~December~~ January 2008 hereby

**ORDERED** that defendant Curran will be sentenced on the _20 th_ day of March 2008 at _12_ noon. a.m./p.m. All sentencing memoranda and motions are due by March 13, 2008.

_____

Richard W. Roberts
United States District Court Judge

2