UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,             Criminal No. 07-0057-(RWR)

vs.

DANIEL CURRAN,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE

    **COMES NOW** the Defendant, DANIEL CURRAN, by and through undersigned counsel and respectfully requests this Honorable Court continue the sentencing in this cause and would allege as follows:

    1. On March 14th, 2007 a two-count Information was filed charging the Defendant, DANIEL CURRAN, (herein after referred to as Mr. Curran) with one count of conspiracy to defraud the United States (18 U.S.C. §371) and one count of mail fraud (18 U.S.C. §§1341,2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. §2461).

    2. On June 8th, 2007 Mr. Curran entered in to a plea of guilty to the two-count Information.

    3. On approximately two (2) occasions parties requested that a sentencing date be postponed due to Mr. Curran's assistance to the government in ongoing investigations.

    4. Mr. Curran's cooperation is now close to completion and a sentencing hearing is presently scheduled for March 20th, 2008.

## CONFLICT

    5. Counsel is scheduled to appear before the Honorable United States District Court Judge Paul A. Crotty in the Southern District of New York for a sentencing hearing in the matter of <u>United States vs. German Fredy Ocampo Cardenas</u>. This matter has been specially set in that counsel

requested Judge Crotty to schedule Mr. Ocampo Cardenas' sentencing prior to the other co-defendants in the case. (This sentencing hearing has been scheduled since December 19th, 2007 prior to receiving the notice of sentencing hearing for Mr. Curran.)

### NOTICE OF UNAVAILABILITY

6. Additionally, counsel is scheduled to commence a first degree murder trial in the Circuit Court in Miami Dade County, Florida before Judge Dennis Murphy on March 3rd, 2008. This matter has been pending since 2004 and the trial is estimated to take at least two (2) weeks.

7. Counsel is also scheduled to commence a trial in a matter wherein a public official has been charged with Bribery on April 14th, 2008 in the Circuit Court in Miami Dade County, Florida.

8. Counsel has contacted Assistant United States Attorneys Hank Walther and Michael Atkinson and they have advised they have no objection to this request and are available on Thursday, April 3rd, 2008 and Friday, April 4th, 2008.

9. This motion is made in good faith.

**WHEREFORE** the Defendant, DANIEL CURRAN, respectfully requests this Honorable Court grant this motion and continue the sentencing in this cause.

Respectfully submitted,

STEPHEN J. GOLEMBE & ASSOCIATES, P.A.
STEPHEN J. GOLEMBE, ESQUIRE
2340 South Dixie Highway
Miami, Florida 33133
(305) 858-0404 office
(305) 858-3100 facsimile

*/s/ Stephen J. Golembe*
STEPHEN J. GOLEMBE, ESQUIRE

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on this 16th day of January, 2008.

                                      */s/ Stephen J. Golembe*
                                      STEPHEN J. GOLEMBE, ESQUIRE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         Criminal No. 07-0057-(RWR)

vs.

DANIEL CURRAN,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

    **THIS CAUSE** came before the Court on the Defendant's Unopposed Motion to Continue. Upon consideration of this motion and the reasons set forth therein, it is hereby **ORDERED AND ADJUDGED** that the Unopposed Motion to Continue is hereby GRANTED and the sentencing hearing in this cause is re-scheduled for _____

    **DONE AND ORDERED** at Washington, D.C. this _____ day of January, 2008.

                                              RICHARD W. ROBERTS,
                                              UNITED STATES DISTRICT COURT JUDGE