UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        Criminal No. 07-0057-(RWR)

vs.

DANIEL CURRAN,

    Defendant.

_____/

FILED
JAN 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

_____**THIS CAUSE** came before the Court on the Defendant's Unopposed Motion to Continue.

Upon consideration of this motion and the reasons set forth therein, it is hereby **ORDERED AND ADJUDGED** that the Unopposed Motion to Continue is hereby GRANTED and the sentencing hearing in this cause is re-scheduled for _April 3, 2008 at 3:30 p.m. All sentencing motions and memoranda are due by March 27, 2008._

**DONE AND ORDERED** at Washington, D.C. this __23rd__ day of January, 2008.

_____
RICHARD W. ROBERTS,
UNITED STATES DISTRICT COURT JUDGE