UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          Criminal No. 07-0057-(RWR)

vs.

DANIEL CURRAN,

      Defendant.

_____/

## SENTENCING MEMORANDUM

**_____COMES NOW** the Defendant, DANIEL CURRAN, by and through undersigned counsel, and submits this sentencing memorandum and respectfully requests this Honorable Court adopt the sentencing guideline range as reported in the Pre-Sentence Investigation Report, consider the defendant's substantial assistance, all the factors enumerated in Title 18, U.S.C. §3553(a), and tailor a sentence that would be fair and in the best interest of justice and would allege as follows:

### PROCEDURAL HISTORY

1. On March 14th, 2007 a two-count Information was filed in the United States District Court for the District of Columbia charging Daniel Curran with one count of conspiracy to defraud the United States (18 U.S.C. §371) and one count of mail fraud (18 U.S.C. §§1341,2). The criminal conduct set forth in the Information occurred from on or about October 2000 until June 2005.

2. On June 8th, 2007 Daniel Curran entered in to a plea of guilty to the two-count Information in accordance with a Plea Agreement that was executed on March 9th, 2007 and a Pre-Sentence Investigation Report was ordered.

3. The Pre-Sentence Investigation Report was disclosed on March 19th, 2008, no objections were filed on behalf of Daniel Curran and the sentencing in this matter is presently scheduled for April 23rd, 2008 at 10:00 a..m.

**PRE-SENTENCE INVESTIGATION REPORT AND PLEA AGREEMENT**

4.  Daniel Curran has no objections to the Pre Sentence Investigation Report.  Paragraph 33 of the Pre-Sentence Investigation Report indicates that the total offense level is twenty eight (28), criminal history I, with a sentencing guideline range of seventy eight (78) to ninety seven (97) months.

5. The guideline range reported is reflective of and equal to the adjusted offense level agreed to between Daniel Curran and the United States Department of Justice, Criminal Division, Fraud Department and the United States Attorneys Office, District of Columbia in paragraph 7 of the plea agreement.

**SUBSTANTIAL ASSISTANCE**

6.  On or about January of 2007  Daniel Curran began cooperating with the United States Department of Justice, Criminal Division, Fraud Department.  Daniel Curran has been debriefed on three or more occasions.  Mr. Curran identified members of the conspiracy, and discussed  the specific roles for each of the co-conspirators were responsible.  Wherever Mr. Curran was able, he would provide information concerning specific meetings and conversations or actions of the co-conspirators which would be necessary in determining if that co-conspirator had knowledge and participated in the criminal conspiracy.  Daniel Curran's background, in the military and employment in the private sector,  gave him some expertise in the movement of cargo and an understanding of exportation documents.  Daniel Curran answered all questions and provided detailed information.  Information concerning the background and habits of key co-conspirators outside the United States was extremely helpful.

7. Daniel Curran's cooperation was truthful, complete and was provided in the spirit of assisting the government in every area of their investigation.    Daniel Curran understands that his

cooperation continues until each of the charged defendants' cases are resolved.  Several of the charged defendants have not yet appeared before the United States District Court, but when and if they do, Daniel Curran stands ready, willing, and able to continue to provide the same quality of cooperation that he has provided up until the time of his sentencing.

8.   Daniel Curran's cooperation was substantial and counsel has been advised that prior to or at the time of sentencing the Criminal Division of the United States Department of Justice will recommend a six (6) level downward departure in Daniel Curran's sentence for the substantial assistance he has provided. (From level 28 to level 22, criminal history I, guideline range of 41 to 51 months.)

9.   Daniel Curran is appreciative of the government's recommendation and believes it to be fair, but Daniel Curran would ask this Honorable Court to take into consideration the past, present and future assistance to be provided and make its own evaluation as to what an appropriate reduction would be.

## MITIGATING FACTORS

10.   Daniel Curran takes responsibility for and is extremely remorseful for the criminal conduct in which he has allowed himself to become involved.  There is no excuse or argument that Daniel Curran should not be punished for his involvement in this criminal conspiracy.

11.   The plea agreement does not allow Daniel Curran to argue or seek any decrease, downward departure or variance in the adjusted offense level.  But, in the court's determination as to where to sentence Daniel Curran within the guideline range, there are some mitigating factors.

A.   **Family.**  Daniel Curran is fifty three (53) years of age, has no prior criminal record, has been a devoted and loving son, husband, and father.  Daniel Curran has been married to Mary Katherine Curran since September 16th, 1984 and has two (2) children of this marriage, Danica

Marie, age 22 and Kimberly Theresa, age 21. Danica Marie has already completed her college education and Kimberly will complete her college education before the end of this year. Daniel Curran has a close and long relationship with all the members of his immediate and extended family. (Attached hereto are letters from his wife, Mary Curran, his older sister, Noreen Curran Queenan, his niece, Kathy Queenan, his nephew, John F. Queenan, and his brother-in-law, Jack Queenan.)

B. **Military Service** Daniel Curran enlisted in the United States Air Force in November of 1973, and was honorably discharged in September of 1977. He earned the rank of E-3 and was designated as a Freight Traffic Specialist. Daniel Curran was awarded Air Force Good Conduct medals from November 26, 1973 through November 25th, 1976, and a National Defense Service Medal. Daniel Curran, subsequent to his discharge from active duty**, became** a member of the Air Force Reserve until September 20th, 1979. Daniel Curran participated in the defense of this country for eight (8) years.

C. **Employment Record.** Daniel Curran from the time he separated from the armed forces has maintained full-time employment and has filed his federal tax returns every year. Since his involvement in this criminal conspiracy, once again he became gainfully employed with Aerospace Technologies Group and will maintain that employment until his sentencing and/or surrender to begin serving his federal prison sentence. (Daniel Curran's resume attached.)

D. **Forfeiture.** Paragraph 3 of the Plea Agreement requires Daniel Curran to agree to an entry of a monetary judgment against him in the amount of $140,000.00, and this judgment will be satisfied by a payment to the United States Marshal Service on the date of Daniel Curran's sentencing. The $140,000.00 forfeiture amount was determined by providing to the United States Department of Justice, Criminal Division, Fraud Section a financial statement as to Daniel Curran's assets. When the payment of this forfeiture is satisfied on the day of sentencing, Daniel Curran will

have divested himself of all real and personal property.  When Daniel Curran reports to serve his sentence, and after the completion of his sentence, he will have no money.

E. **Monetary Benefit.**  Paragraph 19 of the Pre-Sentence Investigation Report reports that the loss to Ex-Im Bank was $23,156,828.16.  Daniel Curran admits that without his participation in this scheme to defraud Ex-Im Bank would not have sustained this loss.  It should be noted that the direct monetary gain to Daniel Curran was approximately $360,000.00, over a three year period, or about 1 ½% of the total loan amounts.  Further, Daniel Curran reported and paid taxes on all the money received.

**WHEREFORE** the Defendant, DANIEL CURRAN, respectfully requests this Honorable Court adopt the sentencing guideline range as reported in the Pre-Sentence Investigation Report, consider the defendant's substantial assistance, all the factors enumerated in Title 18, U.S.C. §3553(a), and tailor a sentence that would be fair and in the best interest of justice.

Respectfully submitted,

STEPHEN J. GOLEMBE & ASSOCIATES, P.A.
STEPHEN J. GOLEMBE, ESQUIRE
2340 South Dixie Highway
Miami, Florida 33133
(305) 858-0404 office
(305) 858-3100 facsimile

*/s/ Stephen J. Golembe*
STEPHEN J. GOLEMBE, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on this15th day of April, 2008.

*/s/ Stephen J. Golembe*
STEPHEN J. GOLEMBE, ESQUIRE

March 29, 2008

Your Honor,

I realize I may be considered bias because of our relations but I just want to portray a clear picture of the kind of person Daniel F. Curran is. I feel that we cannot discount the previous way of life he has led.

My name is Mary Curran and I have been married to Daniel Curran for the last 23 years. He is a model of decorum, compassion and respect. He normally treats people with politeness and speaks kindly of others. He is very courteous, kind, good-hearted, well spoken, and helpful. Raised from no nonsense Irish family, he was an altar boy and went to catholic school that instilled in him GMRC (Good Manners and Right Conduct). In addition, he was consistent with these characteristics.

Danny demonstrates a giving and generous nature in his free time. He gives his time, support and resources.  He expresses empathy and compassion for those less fortunate. He listened and helped people with their issues even though they were not his. He is generous with family, friends and others in need. He made financial contributions to the children funds, church and other charities religiously like the "Christian Children Fund"; he is partial to those focused on children.  In fact, Danny used to spend time with the group of altar servers that were under my supervision at St. Joseph church, who are very fond of him and call him "Uncle Danny." We took these inner city kids to the movies, pizza, and Christmas caroling and played street hockey with them. They often join our family for holidays and birthdays. He volunteered many times to give them rides to and from various events or their other activities or just talk with them. He did the same to my daughters' friends. The parents trust us totally with their children. He also served as a Eucharistic Minister at church under the guidance of Father Jim Sheehan & Father Eusebio at St. Joseph Church in Yonkers, NY.

He always makes himself available to his family and friends when they need him. Danny was a good son and brother. Danny has always taken care of the needs of his parents when they were alive. Being the youngest child, he is also close to his siblings. He would help his friends financially without hesitation under a gentleman's agreement.

Danny has consistently displayed characteristics of a good father, loving husband, and strong provider. He listens to kids' woes and just like any father worries about them.  When the kids were younger, Danny used to take care of them in the morning while I went to work. He gave them breakfast and played with them until 2PM when I came home and he would get ready to go to work.  These bonded them, so did the puppet shows he does when he gets to put the children to bed.  He used to bring the family on long trips one week every year to show off the different parts of the US spending six educational days and one fun day. Education for our children was an utmost importance to us. Although our eldest daughter suffers from Myocleptic epilepsy triggered by stress and other unknown factors, we have always brought our children up not hiding from their disability. We have supported their ambitions.

As far as work ethics, Danny is organized, efficient, extremely competent, and has an excellent rapport with people of all ages. Working as a Quality Control Inspector, he is detail-oriented, quality-minded, determined, persevering, organized, methodic, goal-oriented, and orderly. Serving

his country in the US Air force have instilled in him to be punctual, hardworking, diligent, and industrious. His communication skills, both written and verbal, are excellent. He is willing to assist with any task. He was a dependable. In addition, Danny was motivated and interested in learning; Follows instructions, He is People oriented who aim to please, easygoing, and a team player. Because of these qualities, his employers always have high expectations and praise for him.

The Danny I knew is a generous, kind, compassionate and humorous person. He would dance around and make jokes. He was always charming, has sense of humor and light-hearted. He love to sing karaoke and would be the life of the party.  We were an average economy minded family, who went to the movies once in a while, ate out in regular restaurants like the local pizza place, and if we could help it tried never to pay full price for anything (has to be on sale). He drives a Hyundai sonata. I personally think we are frugal people.

Danny is 58 years old and his health and state of mind has suffered during this "trial period"... It has drastically drained him. He is not a menace to society. Incarceration would not remediate, he has suffered far more pain and humiliation than he would receive if he were in prison. However, he does owe a debt to society. The monies that he received were, in reality, meager. Personally, I believe he "sold his soul" out of desperation because he could not find work to support his children! He is just an "average Joe" who tried to be a good provider, was deceived by people he trusted and he let them take over the best of him. Danny is of a kind, good-hearted man who, like many I have known, demonstrated poor judgment. While we have all made mistakes and we would all do some things differently next time, not all of us have had our mistakes and cost us everything.

I hope with all my heart that you will consider some of these aspects of his character for the past 23 years; in sentencing Danny; please take into consideration the whole of who he is. I know that Daniel knows he has done wrong, regrets doing what he did, and wants to go forward with his life. Daniel has many wonderful blessing in his life such as the love and support of his family and friends.

If I can further clarify anything in this letter, please contact me.

Sincerely,

Mary Curran

29 Tiger Road
Hopewell Jct., NY 12533
April 5, 2008

The Honorable Richard W. Roberts
United States District Judge
c/o STEPHEN GOLEMBE
2340 South DIXIE HIGHWAY
MIAMI, FL. 33133

Dear Sir;

My name is NOREEN CURRAN QUEENAN and Danny Curran is my youngest brother. I am 61 years old, have been married for nearly 41 years, and have 2 children, Kathy, 39, and Johnny, 37, and 3 grandchildren. I retired from the New York State Thruway Authority in 2003.

I am writing to you to give you some personal background on Danny, who has a serious case pending before you.

Danny is the youngest of 4 children of the late John and Kathleen Curran. Our parents were born in Ireland and emigrated to this country when they were in their twenties. Our father retired as a laborer and our Mother was a housewife. We grew up in Yonkers, NY, which is about 40 miles north of N.Y. City.

Danny went to St. Mary's Grade School in

Yonkers and Cardinal Stepanic High School in White Plains, NY.

Danny was always a good-natured child, friendly and happy. He did well in school, and joined the Air Force after high school. He settled in California after leaving the Air Force, and was married there to his wife, Kathy. They have 2 children, Danica and Kimberly. They moved back to New York when the children were babies to be closer to his family here.

In 2001, when our Dad got very sick, Danny helped to take care of him, and since our Mother was not well, either, Danny even lived with them for a while to help out. It was a great help to me, also, since I live a distance from Yonkers, and was working at the time. After Dad died in 2001, Danny and I worked together, along with his wife, Kathy, to arrange for home care for Mom. Danny took over the responsibility of the household bills, among other things. Mom died in 2004.

Danny eventually moved to Florida and bought a house there.

Danny is such a good-natured, easy-going person with a great sense of

humor - always making people laugh.

He is a family man with a wonderful wife and 2 lovely daughters who adore him, and whom he adores.

I know that this may sound very self-serving, but it is true. Danny would be the last person I could imagine being in these circumstances. I hope I have been able to convey somewhat what type of person Danny is.

Thank you for taking the time to read this letter.

Sincerely yours,
Noleen Queenan
(845) 221-2526

Kathy T. Queenan
Licensed Relationship Manager
**Key Investment Services LLC**
Member NASD/SIPC

Mailcode: NY1-31-66-1050
66th South Pearl St.
Albany, NY 12207

Toll Free: 888-KIS-2YOU
Direct: 845-897-5131

kathleen_queenan@keybank.com

Kathy T. Queenan
10 Skyline Dr. Unit 16
Fishkill, NY 12524

**Key Investment Services inc.**

April 4, 2008

Insurance products and annuities offered through KeyCorp Insurance Agency USA, Inc.

Dear Judge Roberts,

I am writing this letter in reference to my Uncle Danny, Daniel Curran, my mother's (Noreen Queenan) brother. For your information, I am 39 years old, a single mother, and currently a Licensed Relationship Manager for Key Bank/Key Investment Services.

My uncle is one of the best people I know. I am closest to him out of my 4 uncles. He was always so good to my grandparents and treated them with respect, kindness and admiration. He is the kind of person that people want to be around because of his kindness, humor, and love for his family and friends. He is an example of what the definition of a role model should look like.

His two daughters mean everything to him. He raised his family with the belief that you treat others the way you wanted to be treated and that no one was better than the next. He has given Danica & Kimberly a solid foundation and because of his strong ethical values I have watched them grow up to be two strong, beautiful young ladies who have wonderful hearts. With being successful in his career, he was always able to balance work and family, making his family his biggest priority.

Some favorite memories of my childhood involve my uncle. As a child, my family would travel down to Yonkers to my grandparent's house when he was in town and we would watch Sunday football. There was always a fun camaraderie and competition going on because my Uncle Danny is a huge Dallas fan and my other uncle and brother were Giants fans. At the time, my uncle was still single but truly enjoyed spending time with his young niece and nephew.

Another memorable time for me was with my family going to visit Uncle Danny when he lived in California. He took us to Disney Land and showed us all the sights. One of the best parts of that trip was my uncle giving my mother directions to try and find another sight seeing place and we got so lost that we wound up on a deserted beach with huge sand dunes all over the place. We knew then how lost we were. My mother and my uncle started singing John Denver's "On the Road Again". That became our family song and to this day I smile and think of my uncle when I hear that song.

As I think back on my life, I am indebted to my uncle. As a career woman and as a mother, I see the lessons that I was taught by him. Not many people are fortunate to have that kind of positive influence in their lives and I am grateful and blessed to have that in my Uncle Danny.

Thank you for taking the time to read my letter. It is my hope that as you learn about my uncle, you can see the truly good person that he is.

Sincerely,

Kathy T. Queenan

# ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

*Attorneys and Counselors at Law*

9 Thurlow Terrace ● Albany, NY  12203
Phone 518-462-3000   Facsimile 518-462-4199
www.icrh.com

---

2649 South Road ● Poughkeepsie, NY  12601
Phone 845-473-8100   Facsimile 845-473-8777

April 15, 2008

Frederick C. Riester
Michael J. Cunningham
Robert H. Iseman
Carol A. Hyde
Brian M. Culnan
Richard A. Frankel
Richard A. Mitchell
Marcia B. Smith
Karen E. Sosler

Joshua E. Mackey
*Of Counsel*

James P. Lagios
Justin W. Gray*+
John F. Queenan
Michael L. Nardi
Rachel Ryan*
Michael J. Livolsi
Jeremy R. Root
Laurie K. Chisolm**
Penny M. Hahn
Marc A. Antonucci
Tope O. Akinyemi
Kenneth Puig

+Also Admitted in Pennsylvania
*Also Admitted in New Jersey
**Also Admitted in Vermont

The Honorable Richard W. Roberts
United States District Judge
c/o Stephen Golembe
2340 South Dixie Highway
Miami, Fl.  33133

Dear Judge Roberts:

I am writing this letter in support of Daniel Curran, my mother's brother, ("my uncle".)
My Uncle recently informed me that he has entered a plea to two charges before this Court and is
scheduled for sentencing on April 23, 2008.  Though I have been apprised only recently of the
matter pending before this court, I understand the nature of the conduct alleged, the plea taken
and the circumstances surrounding the agreement (for the most part) leading up to this point.  I
understand this through conversations with my uncle, as well as his counsel, Mr. Golembe.

I write this letter to provide the court and perhaps AUSA Walther with some background
regarding my uncle.  To the extent you deem my background relevant, I am an attorney admitted
in New York as well as the Southern, Eastern, Northern and Western Districts of New York and
to date have practiced in each district.  I have attached a copy of my biography page from my
current employer as well as my resume for your review.  Though I am an attorney I do not
purport to represent, nor do I intend to impede or interject myself into this matter, which I
understand has been ongoing for several years (from the inception of the investigation.)
However, I remain available to this Court or AUSA Walther for whatever purpose, should the
need arise and stand in full support of my uncle.

As I write this letter I am fully aware of my obligations to this Court.  Further, I am in the
odd position of having to write a letter to the Court that is personal in nature, as opposed to as
counsel.  I respectfully request the Court's (and AUSA Walther's) patience and indulgence in
that regard. I write this letter with no reluctance and only wish I had been apprised of the
situation earlier so that my support could have perhaps been more beneficial, as my uncle has
navigated these incredibly difficult times.

{00097103}

Page 2
April 15, 2008

I learned about this matter only in the last month when my uncle's wife, my aunt, called and told me that the probation officer needed to confirm some information he had given for the pre-sentence report. My uncle had delayed calling me, because he was anxious not to worry my mother with the news. He explained his desire was to not tell the family until after the matter had been resolved. Because of the embarrassment and shame, my uncle felt that this was his burden to carry and he decided that he would carry it on his own (of course, with the support of my aunt, his wife).

Indeed, to date only my mother, Noreen Queenan, sister Kathleen Queenan and father Jack Queenan are aware of the events before the Court on either side (my side and my aunt's side). I know my uncle has recently been contemplating disclosing these events to other family members. My cousins, Danica and Kimberly, my uncle's daughters, remain unaware to date, due to the controlling concern of my uncle that he not effect Kimberly's schooling (she is due to finish the current semester in late April) or adversely effect Danica's health, in that she suffers from epilepsy and at times, seizures which are prompted by stress. My uncle's worry for his daughters and the absence of them and his wife while incarcerated, will likely be the greatest burden he has ever known.

My uncle's decision not to involve family for their sake has deprived this Court of so many letters that the Court would have the benefit of reading prior to sentencing. Despite my attempt at convincing him to request letters from family, friends and members of the community who would certainly write in support of him, he has remained steadfast that he not burden anyone with the circumstance he has put himself in. My uncle feels that once all is done and the sentence imposed, there is some finality, which will make hearing the news less troublesome and the burden imposed on the family (most notably his daughters) less, than if they had known all along.

At the same time I have attempted to convince him to call on those people who would write, I respect fully his decision and the reasons for it. I can only tell the court that if those people knew they would each provide their own stories, anecdotes and history with my uncle that would reveal the good person that he is. Further, I cannot begin to describe what I imagine the content of the letters that his wonderful daughters would write to this Court. The closeness they have with their father at their ages (21 and 20) is rare these days. My uncle has provided a lifetime of love, support, values and nurturing to them both and they would fill volumes with the pages of their letters. They may be most upset that they were not able to provide their own anecdotes to this Court or a glimpse of all that their father has done for them over the years.

My own story of my uncle is as follows: As a young child growing up (my first ten years or so) my uncle lived in California. Though distance was a factor in our relationship he was the uncle who always remembered the birthdays, holidays and other important dates for our family through cards, phone calls and/or visits. Christmas holiday was always a favorite, because we

{00097103}

Page 3
April 15, 2008

knew he would be home from California. My family would go to Yonkers, New York for the holiday and I would stay with my grandparents and he for some time during his visit.

After my uncle moved back from California to New York when his daughter Danica was not yet one year old, I saw him as often as I could as my family lived about an hour north of Yonkers in Dutchess County. Our visits continued for years when I stayed the weekends with my grandparents in Yonkers. Then my uncle lived not far away in Yonkers. My uncle would come to the house and we would play chess, play stickball in a park in Yonkers, or attend local softball games and generally, just talk. Within months of me losing an eye at age 16 in a fireworks accident, my uncle decided to take me to a preseason football game to divert my mind for a while. It worked.

When I went away to college in 1990 of course, the visits with my uncle were more limited, but our relationship remained strong. When I attended law school from 1993 to 1996 I did not see my uncle much, but again I knew he was always there as he always had been. When I graduated law school in 1996, after not having been able to visit much with my extended family for a few years my uncle drove by himself the four plus hours from Yonkers to Saratoga, New York to attend.

Upon graduating law school I moved to Manhattan and saw my uncle at holidays and family events and when I would go to Yonkers to visit my grandparents. Our visits were too infrequent, until early 2001 when my grandfather had fallen ill with a heart problem, which was a significant problem for several months. My grandmother was not able to render the care needed for my grandfather so my uncle became the primary caretaker of my grandfather and grandmother (as my mother lived over an hour north). My uncle moved in with his parents during the week to help them. I would try to relieve this burden by coming up from New York on weekends to spend the night with my grandparents, so my uncle Dan could spend the night with his own family. We spent a great deal of time together during these months and my uncle never complained. I think he enjoyed the task at hand. The weekend routine continued for several months until my grandfather's passing. After that my uncle Dan was always at the house looking after my grandmother until he moved to Florida because of his allergies.

My uncle was also very much involved with my other uncle John Curran who is developmentally disabled. It was always my uncle Dan picking up my uncle John at his assisted living residence and making sure he got to all the family functions or to my grandparent's house if I was coming for an overnight visit. My uncle cared for his brother very much and has always looked after him.

It is clear from my own conversations with my uncle, that he has accepted his wrongs in this matter and has tried to rectify them with assistance to the extent he was asked or could. He accepts that he will likely be incarcerated. He asks only for leniency with whatever result the court will deliver considering his life record. I respectfully ask Your Honor only to appreciate, as I am sure you do, that what you have seen of my uncle does not represent who he is or has

Page 4
April 15, 2008

been.    While what he has done is obviously wrong, he has admitted and acknowledged it.    It is a blemish, but falls on an otherwise unblemished life, a life which includes his service with the United States Air Force. Indeed, he relayed that it is the conspiracy charge against the United States and the inability to vote that is most ironic and troubling to him in light of his military history.

It is these types of sacrifices, loyalty, and love that define my uncle. He is not defined by the acts that he has committed that bring him before this Court. Unfortunately, the Court's exposure to my uncle has been limited. It is my hope that this letter sheds some light for the Court on the character of my uncle, who stands before the Court requesting leniency. I too, on his behalf request the same leniency. My conversations with my uncle reveal that, for sure, whatever result that can be obtained by sentence has already been accomplished. My uncle has had this cloud hanging over his head for over three years now, as I understand it, and regrets every bit of it.

I appreciate Your Honor's patience and consideration and hope only that I have provided some assistance to the Court in making this difficult decision.

Respectfully yours,

John F. Queenan





# JOHN F. QUEENAN
## Senior Associate - Albany Office

jqueenan@icrh.com

Mr. Queenan practices in the areas of criminal, civil rights, commercial and health care litigation. He earned his Bachelor of Arts degree *(summa cum laude)* from the State University of New York at Albany, and his law degree *(magna cum laude)* from Albany Law School of Union University. While in law school, Mr. Queenan was a member of the Moot Court Board and served as a committee chair on its executive board. He also participated in the intra-school moot court program and participated in the national moot court competition.





Mr. Queenan is admitted before the courts of New York State and the United States District Court for the Northern, Southern, and Eastern Districts of New York. He is a member of the New York State and Albany County Bar Associations, the American Health Lawyers Association, and the National Association of Criminal Defense Lawyers.

After graduating from law school, Mr. Queenan practiced with the New York City Law Department, Office of Corporation Counsel, in the Law Department's Juvenile Prosecution Unit in Bronx County. He then moved to the Special Federal Litigation Division of the Law Department, where he defended civil rights actions brought against the New York City Police Department, Department of Corrections, and other law enforcement agencies of the City of New York. Mr. Queenan later served as Assistant Deputy Borough Chief in Bronx County, the Designated Felony Unit Prosecutor in Queens

John F. Queenan

County, and as the Deputy Borough Chief of
Queens County, all with the Juvenile
Prosecution Unit of the Law Department.
During these assignments, he also acted as
litigation counsel in certain matters for the
New York City Department of Education and
Department of Juvenile Justice.

Mr. Queenan joined Iseman, Cunningham,
Riester & Hyde, LLP, as an associate attorney
in 2004.

To Top

# John F. Queenan, Esq.
41 Chesterwood Drive, Selkirk, New York 12158
Cell: 518-817-2469

**EXPERIENCE:**
**Iseman Cunningham Riester and Hyde LLP, Albany, NY**
**(Web address: www.icrh.com)**

*Associate/Senior Associate*                                          *March 2004 to present*
Represent individual and institutional clients at the trial and appellate level in civil rights, personal
injury, contract, commercial, antitrust, Article 78, criminal and administrative matters in both state
and federal courts. Conducted numerous depositions, hearings, settlement conferences and negotiated
dispositions and/or drafted motions in civil and criminal litigation matters. Investigate hospital
incidents and draft reports for quality assurance review. Representing petitioner in an Article 78
proceeding involving two appeals, one of which is pending; the other was successfully argued before
the Third Department. Successfully secured a dismissal on motion in a breach of contract matter,
which was affirmed on appeal to the Second Department.

**New York City Law Department, Office of the Corporation Counsel**    Sept. 1996 to Feb. 2004
*Family Court Division, Queens and Bronx County*                       Oct. 2000 to Feb. 2004
*Deputy Borough Chief, Senior Counsel,*
*Assistant Deputy Borough Chief & Designated Felony Unit Prosecutor*
Supervised and trained staff attorneys responsible for the vertical prosecution of juveniles at pre-trial
and trial stages. Reviewed and approved charging instruments, motions, discovery responses,
proposed presentation of cases at suppression and trial and pleas by staff attorneys. Vertical
prosecution of all "designated" felonies against juveniles  Litigation counsel for the New York City
Department of Education and Department of Juvenile Justice. Participated and assisted in legal
recruitment.

*Assistant Corporation Counsel*
*Special Federal Litigation Division, New York County*                 Dec. 1998 to Oct. 2000
Defended the City of New York, Police Department, Department of Corrections, and other city
agencies and employees in federal courts in all aspects of cases brought pursuant to 42 U.S.C § 1983
from inception to trial. Drafted and argued dispositive and *in limine* motions, handled all aspects of
discovery, including taking and defending countless depositions of lay and expert witnesses,
negotiated settlements and prepared and conducted cases for trial. Assisted Special Counsel in
responding to inquiries under 42 U.S.C. § 14141 by the U.S. Attorney's Office into the New York
City Police Department.

*Family Court Division, Bronx County*                                  Sept. 1996 to Dec. 1998
Prosecuted all crimes against juvenile delinquents. Conducted over 100 trials, conducted witness
interviews, arraignments, probable cause, suppression and sentencing hearings and motions and
negotiated pleas.
  * Nominated by Borough Chief for the Legal Rookie of the Year Award
  * Nominated by Division Chief for City Bar Association Municipal Affairs Award

Reported cases:
   *Pi Ju Tang. v. St. Francis Hosp.*, 830 N.Y.S.2d 311 (2d Dept. 2007)
   *Matter of Friedgood v. NY State Bd. of Parole*, 802 N.Y.S.2d 268 (3d Dept. 2005)
   *Moscoso v. City of New York*, 92 F.Supp.2d 310 (SDNY 1999)
   *In re Daniel A.*, 678 N.Y.S.2d 247 (Family Ct. Bronx County 1998)

**Coughlin & Gerhart**, Binghamton, NY
*Summer Associate*                                                     *Summer 1995*

**Honorable Judith A. Hillery, Supreme Court, 9ᵗʰ Judicial District,**
*Law Clerk*                                                           *Summer 1994*

**EDUCATION:**

**Albany Law School of Union University**
Juris Doctor, *magna cum laude*, May 1996

- Class rank:  Top 10 %
- Moot Court Board, Finance & Social Chair: 1995-1996
- Student Law Clerk, Connor, Curran & Schram, 10/94-5/95 and 9/95-5/96
- Student intern, Fall 1994, Legal Aid Society of Northeastern New York
- Student intern, Spring 1996, Albany County District Attorney's Office

**State University of New York at Albany**
B.A., *summa cum laude*, in Psychology, May 1992          Minors: English and Sociology

**Dutchess Community College**
A.A. in Liberal Arts and Sciences, May 1990

- GPA 3.87 - Dean's List 1988-1990
- Dutchess United Educator's Award for Academic Excellence
- Peer English Tutor

Admitted in New York State Court and all United States District Courts of New York

April 03, 2008

The Honorable Richard W. Roberts
United States District Judge
c/o Stephen Golembe
2340 South Dixie Highway
Miami, Fl. 33133

Dear Judge,

My name is John (Jack) Queenan and I am writing this letter in support of my brother-in-law Daniel (Danny) Curran. I am hoping you will give consideration to the comments made below prior to your sentencing of Danny regards the charges against him.

I married his sister Noreen in 1967 and met Danny a few years before that. Danny always struck me as one of the good kids as he was only about 14 years old at the time. I say "good kids" because I'm comparing him to other kids that always seemed to be smart allecs or disrespectful. Danny was always a respectful kid towards his parents and other adults. In addition, he maintained his respect toward others as he grew up into adulthood. I find his current situation unfortunate and so unlike Danny that I was really surprised when I heard about it. Shocked might e a better way of putting it.

Danny has a brother (Johnny) who was born retarded and is now living in a home for the retarded. Danny would always visit his brother Johnny whenever he came up from Florida to New York. Prior to Danny moving to Florida he would always be picking Johnny up in order to bring him home for weekends and holidays. This was after the Willowbrook State School was closed in 1987.

I'm not sure if you have ever heard of Willowbrook State School on Staten Island in New York City but it was an institution for the mentally retarded. When I used to take my wife (Danny's sister) to visit, Danny would always want to come along even though the place wasn't exactly a place you looked forward to visiting; especially for kids. This was

because of the conditions and abuse of the patients there. The horror stories eventually came out on national news. (Heraldo Rivera broke the story). The Federal courts eventually closed Willowbrook[1]. My point being that Danny has always been a good person and family man ever since I have known him.

Danny went on to get married and have two children who are now adults themselves and one of he girls has epilepsy. His two girls are just like Danny: Meaning very respectful and out going toward other people. Danny and his family have always been willing to help others out when they needed it. Danny's daughters would always visit their sick grandfathers and grandmother who have now passed on. I lived about 50 miles away and when my kids were growing up Danny always found time for them whenever we visited them in Yonkers, New York even though Danny was 7 or 8 years older then his niece and nephew.

As I wrote above I am hoping that you will give consideration prior to sentencing Danny for who I feel is a good person. I just wish I could do more then write this letter although I am hoping to be there on April 23rd.

Sincerely Yours,

John Queenan

---

[1] Here is a link to a New York Times article.    http://willowbrookstateschool.blogspot.com/

## Daniel F. Curran

10 Las Sendas , Boynton Beach, Florida 33426
Tel. #:  561-734-7029   Email: dankimtrade@aol.com

### Highlights of Qualifications

- Proven success in implementing productivity-enhancement systems
- Strong practical and theoretical foundation in improving engineering and production methods
- Excellent management skills and experience
- Exceptional analytical and problem solving skills to ensure superior product quality

### Professional Experience

**Aerospace Technology Group**                                          **2005-present**

*Quality Assurance Inspector*

Overall supervision of the Quality Assurance Department - for electrical power window shades for both commercial and business jets includes mechanical and electrical inspection.

**Nadel Industries, Portchester, New York**                             **1990-2001**

*Quality Assurance Manager*

Overall supervision of the Quality Assurance Department - for plastic injection molding/assembly of cosmetic industry products includes mechanical inspection and outside vendors representation.

Duties include knowledge of: a) Total Quality Management; b) ISO 9000 AND ISO 9002 Standards; c) SPC and SPC Standards; d) Responsible for Quality Certification Program of Nadel Industries' Vendors; e) FMEA; f) DOE.

Job also includes the presentation of manufactured plastic components for: a) Government Quality Assurance (DCASMA); b) Commercial Quality Assurance including such companies as Elizabeth Arden, Estee Lauder, Avon Cosmetics, Fashion Fair, Cheesebrough Ponds, Channel, Revlon, Cosmair, Prescriptive Cosmetics, Proctor & Gamble (Noxell).

*Member:* Safety Committee (OSHA Regulations)

**Grant Hardware, West Nyack, New York**                                **1986-1990**

*Assistant Quality Manager*

Overall Quality Control Department Supervision for night shift - Mechanical Inspection and Statistical Control.

**Thermodyne International, LTD, Long Beach CA**                         **1981 - 1985**

*Quality Control Manager*

Overall supervision of the Quality Control Department- Mechanical Inspection.  Duties includes knowledge of : a) MIL-STO-455208a-Inspection System; b)MIL-STD-45662-Calibrating System; c) MIL-Std-105-Sampling Inspection; d) DD-250's-Government Receiving & Shipping form; e) Receiving and In-process inspection; f) First Lot and Sampling inspection; g) Rejection and Corrective Action report; h) Quality Control Survey; i) Government Testing per MIL specs.  Jobs also includes the presentation of manufactured parts for inspection by: a) Government Quality Assurance (DCASMA) Rep; b) Commercial Quality Assurance Rep Including such companies as Northrop aircraft Co., Honeywell, McDonnell Douglas, Burroughs Corp, Ford Aerospace, Texas Instrument.

**Merry Mary Fabrics, Los Angeles CA**                                  **1980 -1981**

*Warehouse Dock Manager*

Responsible for preparation of paperwork of inbound and outbound shipments of fabrics such as commercial Bill of Lading via trucks, air, rail, and UPS; loading/unloading of truck; overall supervision of receiving and shipping dock.

**American President Lines, Oakland, CA**                               **1979 -1980**

*Documentation Manager (Stationed in Guam - USA)*

Responsible for all documentation paperwork including: a) Water bill of lading; b) Cargo manifest; c) Hazardous cargo listing; d) Customer representative for inbound and outbound Cargo Bookings of freight; e) Shipment Cost Estimator using FMC Tariff; f) Claims department involving shipment overages, shortages and damages.

**Thermodyne International, Long Beach, CA**                             **1977 - 1979**

*Traffic and Purchasing Manager*

**United States Air Force,**                                            **1973 - 1977**

*Freight Traffic Specialist*

Responsible for shipping and receiving of government freight via truck, rail, air, water and UPS. Knowledge includes usage of all Government and Commercial Bill of Lading, Air Bill of Lading, Hazardous Cargo, Shipment Cost Estimates using all modes of transportation tariffs. Responsible for all shipment overages, shortages, and damage reports.

### Education

Quality Control Courses                          El Camino College, Torrance CA

Two Years

**Daniel F. Curran**
10 Las Sendas , Boynton Beach, Florida 33426
Tel. #:  561-734-7029   Email:  dankimtrade@aol.com

| | |
|---|---|
| **Management Supervision Training** | **Unites States Air Force, Sheppard AFB, TX** |
| | Freight Traffic Specialist School |
| **High School** | **Archbishop Stephanac High School** |
| | White Plains, New York |
| | Four Years – Graduated 1973 |