HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    :    Docket No.: 07-CR-57

vs.    :

CURRAN, Daniel    :    Disclosure Date: March 19, 2008

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        4.3.08
Prosecuting Attorney            Date

### For the Defendant

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____        _____    4-3-08
Defendant           Date          Defense Counsel     Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by April 2, 2008, to U.S. Probation Officer Renee Moses-Gregory, telephone number (202) 565-1348, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N W
Washington, D.C. 20530

Writer's Direct Dial: 202-616-3702

April 3, 2008

**VIA FACSIMILE (202-273-0242)**

Renee Moses-Gregory
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 2001

    Re:    *United States v. Daniel Curran,*
            **Presentence Investigation Report, Docket No.: CR-07-057-01**

Dear Ms. Moses-Gregory:

    The Government has received the Presentence Investigation Report ("PSI") regarding Daniel Curran and has identified the following material/factual inaccuracies:

    **Page 2, Related Cases**: The case of *United States v. Jaime Galvez,* CR-07-224-01 is a related case.

    **Page 7, Related Case**: The case of *United States v. Jaime Galvez,* CR-07-224-01 is a related case. On October 5, 2007, Jamie Galvez entered a plea of guilty to a two-count Information charging him with one count of destroying or concealing records in a federal investigation (18 U.S.C. § 1519) and one count of perjury (18 U.S.C. § 1621). In pleading guilty, Galvez admitted that between April 2006 and July 2006, he intentionally destroyed and concealed records from a federal grand jury and also lied to a grand jury about his knowledge of key information related to two individuals (Daniel Curran and Edward Chua) who were under investigation. On December 20, 2007, Galvez was sentenced to concurrent terms of twelve months and one day in prison.

    **Paragraph 18**: The PSI stated that the sentencing for Edward Chua is scheduled for April 11, 2008. Please note that Mr. Chua's sentencing was continued until May 14, 2008.

Renee Moses-Gregory
Page 2
April 3, 2008

If you have any questions or need additional information, please let me know. As always, thank you for your assistance in this matter.

          Truly yours,

          JEFFREY A. TAYLOR

          */s/ Michael K. Atkinson*
          Michael K. Atkinson
          Assistant United States Attorney

Enclosure

cc:    Stephen Golembe, Esquire (via facsimile - 305-858-3100)
       Hank Bond Walther, Esquire