HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED
JUN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Daniel Curran                              Docket No.: 07-CR-57

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Daniel Curran** having been sentenced, on April 23, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Estill__, in __Estill, SC__ by 2 p.m., on __July 2, 2008__.

6/24/08
Date

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

4/23/08

ATTORNEY/U.S. PROBATION OFFICER                              DEFENDANT

Revised 6-2004

RECEIVED
JUN 1 9 2008
Chambers of Judge Roberts